**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Connie Al-Abady v. Highland Village LP, Highland Village GP, LLC, and Fairfax Management

Appellate case number:   01-19-00735-CV

Trial court case number: 2017-252425

Trial court:             61st District Court of Harris County

The motion for rehearing is **denied**.


It is so ORDERED.


Judge's signature:  ____/s/ Peter Kelly_____
                    Acting for the Court


Panel consists of Justices Kelly, Landau, and Hightower

Date: October 21, 2021